# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

ADAM MOHAMED HASSAN GBRIL                     CASE NO.  25-cv-1446 SEC P
#A221-148-474

-vs-                                                                         JUDGE DRELL

U S IMMIGRATION & CUSTOMS              MAGISTRATE JUDGE PEREZ-MONTES
ENFORCEMENT ET AL

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 15), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 16), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is GRANTED.  Petitioner must be released under appropriate conditions within 5 business days.  Petitioner's counsel must be notified at least 24 hours in advance.  The parties must file a notice of compliance within 24 hours of release.

THUS DONE AND SIGNED at Alexandria, Louisiana this 27th day of  May 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT